# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00579-CV

## In re Marcos DeLeon

### ORIGINAL PROCEEDING FROM LIVE OAK COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Marcos DeLeon has filed a petition for writ of mandamus asking this Court to order the 156th District Court to rule on his motion for production of evidence. However, we lack jurisdiction to consider DeLeon's request. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, or county court *in the court of appeals district*." *See* Tex. Gov't Code § 22.221(b) (emphasis added). This Court does not have mandamus jurisdiction over any court officials of the 156th District Court, which lies outside out appellate district. *See id.* § 22.201(d) (listing counties that compose Third Court of Appeals District).

Accordingly, we dismiss the petition for lack of jurisdiction.

_____
Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: December 11, 2020